# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---

CHELSEA COLOMBO,
*on behalf of herself and the Class,*

    Plaintiff,

v.

UKW HOLDING COMPANY, UKW FRANCHISING COMPANY, LLC, UKW DISTRIBUTION CENTER, LLC, WAX MANUFACTURING LLC, NYC WAXING, LLC, UPPER WESTSIDE WAXING, INC. UPPER EASTSIDE WAXING, LLC, BOWERY WAXING LLC, ABC CORPORATIONS 1–12, OZZIE GRUPENMAGER, NOEMI GRUPENMAGER, JOHN MARJI, and CLIFF MARJI

    Defendants.

CASE NO. 1:19-CV-11015-JMF

---

## [PROPOSED] ORDER TO AMEND THE CAPTION

WHEREAS, plaintiff the CHELSEA COLOMBO, on behalf of herself and the class, commenced the above captioned action against Defendants, UKW HOLDING COMPANY, UKW, FRANCHISING COMPANY, LLC, UKW, DISTRIBUTION CENTER, LLC, WAX, MANUFACTURING LLC, NYC WAXING, LLC, UPPER WESTSIDE WAXING, INC., UPPER EASTSIDE WAXING, LLC, BOWERY WAXING LLC, ABC CORPORATIONS 1–12, OZZIE, GRUPENMAGER, NOEMI GRUPENMAGER, JOHN MARJI, and CLIFF MARJI, on September 27, 2019, alleging violations of New York Labor Law;

WHEREAS, on February 26, 2020, Plaintiff voluntarily dismissed all claims in this action without prejudice as to the following Defendants: UKW HOLDING COMPANY, UKW FRANCHISING COMPANY, LLC, UKW DISTRIBUTION CENTER, LLC, WAX

MANUFACTURING LLC, NYC WAXING, LLC, UPPER WESTSIDE WAXING INC., UPPER EASTSIDE WAXING LLC, BOWERY WAXING LLC, ABC CORPORATIONS 2-12, OZZIE GRUPENMAGER, and NOEMI GRUPENMAGER;

WHEREAS, Defendants ABC CORPORATION 1, JOHN MARJI and CLIFF MARJI are the only remaining defendants;

WHEREAS; ABC CORPORATION 1 has now been identified as GREEN WAX CENTER, INC. d/b/a UNI K WAX STUDIO;

WHEREAS, no answer or other responsive pleading has been filed pursuant to Federal Rule of Civil Procedure 12 in this action regarding remaining Defendants;

IT IS HEREBY ORDERED, the new caption shall be as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHELSEA COLOMBO
*on behalf of herself, FLSA Collective Plaintiffs and the Class,*

    Plaintiff,

v.

GREEN WAX CENTER, INC. d/b/a UNI K WAX STUDIO, JOHN MARJI and CLIFF MARJI,

    Defendants.

CASE NO. 1:19-CV-11015-JMF

---

Respectfully submitted,
Dated: March 9, 2020


/s/ C.K. Lee
C.K. Lee, Esq.
LEE LITIGATION GROUP, PLLC
C.K. Lee (CL 4086)
Anne Seelig (AS 3976)
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: 212-465-1188
Fax: 212-465-1181
*Attorneys for Plaintiffs,*
*FLSA Collective Plaintiffs and the Class*


SO ORDERED:

Dated: March 10, 2020

Hon. Jesse M. Furman