UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

CHELSEA COLUMBO,

                       Plaintiff,

            -against-

GREEN WAX CENTER, INC. *d/b/a* UNI WAX
STUDIO. et al.,

                       Defendants.
-------------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**19-CV-11015 (JMF)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/2020

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      For the telephone conference scheduled for March 19 at 11:30 a.m., the parties should dial the following number: (866) 434-5269. The access code is: 4858267 (if prompted to put in security code, re-enter access code).

      SO ORDERED.

Dated: March 16, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge