UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                                              :
CHELSEA COLUMBO,                                       :

                                 Plaintiff,              :        19-CV-11015(JMF)

          -v-                                       :              ORDER

UKW HOLDING COMPANY, et al.,

                             Defendants.
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Clerk of Court is directed to remove Phillip C. Bauknight from the electronic notification list in this case.

       SO ORDERED.

Dated: May 6, 2020
       New York, New York
                                                    JESSE M. FURMAN
                                         United States District Judge