```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CHELSEA COLUMBO,                                                       :
                                                                       :
                              Plaintiff,                               :    19-CV-11015 (JMF)
                                                                       :
               -v-                                                     :         REVISED
                                                                       :    SCHEDULING ORDER
GREEN WAX CENTER, INC., et al.,                                        :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

In light of Plaintiff's letter motion seeking adjournment of the initial pretrial conference scheduled in this matter, *see* ECF No. 55, and the answer deadline for the newly filed Amended Complaint, *see* ECF No. 56, it is hereby ORDERED that the initial pretrial conference in this matter, previously scheduled for September 16, 2020, at 3:00 pm is RESCHEDULED for **November 18, 2020**, at **3:15 pm** in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

The parties are reminded that they must file on ECF no later than **Thursday, November 12, 2020,** a joint letter, the contents of which is described in the Court's order scheduling the initial pretrial conference (Docket No. 31), as well as a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter.

The Clerk of Court is directed to terminate ECF No. 55.

SO ORDERED.

Dated: September 11, 2020
       New York, New York                          _____
                                                         JESSE M. FURMAN
                                                     United States District Judge