UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHELSEA COLOMBO, on behalf of herself, FLSA Collective Plaintiffs and the Class,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　– against –<br><br>GREEN WAX CENTER, INC., d/b/a UNI K WAX STUDIO, JONATHAN MAGRI and CLIFFORD MAGRI,<br><br>　　　　　　　　　　Defendants. | Case No.: 19-cv-11015 (JMF) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that the undersigned attorneys for Defendants GREEN WAX CENTER, INC., d/b/a UNI K WAX STUDIO, JONATHAN MAGRI and CLIFFORD MAGRI, will move this Court at the Courthouse for the Southern District of New York, 40 Centre Street, Room 1105, New York, NY 10007 on October 30, 2020 at 10:00 o'clock in the forenoon of that day, or as soon thereafter as counsel may be heard, for an Order, pursuant to Fed. R. Civ. Pro., 12(b)(6), dismissing the FLSA claims against Defendants together with costs and reasonable attorney's fees and such other and further relief as this Court may find just and proper on the grounds that: Count I is barred by the limitations of time set out in the Fair Labor Standards Act.

Dated: Melville, New York

　　　October 8, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Nadia M. Pervez, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nadia M. Pervez, Esq.

                                                                                                    Aneeba Rehman, Esq.  
                                                                                                     PERVEZ & REHMAN, P.C.  
                                                                                                     68 S Service Rd, Suite 100  
                                                                                                     Melville, NY 11747  
                                                                                                     (631) 427-0700

TO:  
LEE LITIGATION GROUP, PLLC  
C.K. Lee  
Anee Seelig  
148 West 24th Street, 8th Floor  
New York, NY 10011