UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHELSEA COLOMBO, on behalf of herself, FLSA Collective Plaintiffs and the Class,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　　– against –<br><br>GREEN WAX CENTER, INC., d/b/a UNI K WAX STUDIO, JONATHAN MAGRI and CLIFFORD MAGRI,<br><br>　　　　　　　　　　Defendants. | Case No.: 19-cv-11015 (JMF) |

## ATTORNEY AFFIRMATION

NADIA M. PERVEZ, hereby declares under the penalties of perjury that the following is true and correct:

1. I am a shareholder with Pervez & Rehman, P.C., the attorneys for Defendants in the above-captioned action. I am admitted to practice law in the Southern District of New York. As such I am familiar with the facts of this matter and respectfully offer this Declaration in Support of Defendants' Motion to Dismiss pursuant to Fed. R. Civ. Pro. 12(b)(6).

2. Annexed hereto as Exhibit 1 is a copy of the State Complaint in this matter.

3. Annexed hereto as Exhibit 2 is a copy of the Amended Complaint in this matter.

4. Annexed hereto as Exhibit 3 is a copy of the modified Amended Complaint in this matter.

5. Annexed hereto as Exhibit 4 is a copy of the Second Amended Complaint in this matter.

Dated: Melville, New York

　　October 8, 2020　　　　　　　　　　　　　　　　/s/ Nadia M. Pervez

　　　　　　　　　　　　　　　　　　　　　　　　　Nadia M. Pervez
　　　　　　　　　　　　　　　　　　　　　　　　　Pervez & Rehman, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　　68 South Service Road, Suite 100
　　　　　　　　　　　　　　　　　　　　　　　　　Melville, NY 11747