UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
CHELSEA COLUMBO,                                        :
:
                Plaintiff,         :         19-CV-11015 (JMF)
:
      -v-                                              :         ORDER
:
GREEN WAX CENTER, INC., et al.,                 :
:
                Defendants.       :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On October 8, 2020, Defendants filed a new motion to dismiss Plaintiff's Second Amended Complaint. *See* ECF No. 60. Plaintiff's opposition to the new motion to dismiss is due by **October 22, 2020**. Defendants' reply, if any, is due by **October 29, 2020.** The initial pretrial conference — scheduled for November 18, 2020, *see* ECF No. 58 — remains in effect unless and until the Court orders otherwise.

      SO ORDERED.

Dated: October 8, 2020
       New York, New York                              _____
                                                 JESSE M. FURMAN
                                           United States District Judge