```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                    :
CHELSEA COLUMBO,                                    :
                                                    :
                                                    :
                       Plaintiff,                   :
                                                    :         19-CV-11015 (JMF)
         -v-                                        :
                                                    :             ORDER
                                                    :
GREEN WAX CENTER, et al.,                           :
                                                    :
                       Defendants.                  :
                                                    :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      In light of Plaintiff's letter stating that she does not oppose Defendants' motion to dismiss her claims under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, *see* ECF No. 63, Defendants' motion to dismiss, ECF No. 60, is GRANTED, and all of Plaintiffs' claim are dismissed — in the case of her state-law claims, without prejudice to refiling in state court. Defendants' request for costs and fees — for which they cite no authority and make no argument — is denied. The Clerk of Court is directed to terminate ECF No. 60, enter judgment in accordance with this Order, and close this case.

      SO ORDERED.

Dated: October 23, 2020
      New York, New York
                                        JESSE M. FURMAN
                                     United States District Judge