UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHELSEA COLUMBO,

                            Plaintiff,

      -against-                                        19 **CIVIL** 11015 (JMF)

## JUDGMENT

GREEN WAX CENTER, et al.,

                            Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 23, 2020, Defendants' motion to dismiss is GRANTED, and all of Plaintiffs' claim are dismissed in the case of her state-law claims, without prejudice to refiling in state court. Defendants' request for costs and fees for which they cite no authority and make no argument is denied; accordingly, this case is closed.

**Dated:**  New York, New York

        October 23, 2020

                                                              **RUBY J. KRAJICK**

                                                               Clerk of Court
                                   BY:

                                                               **Deputy Clerk**