```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHELSEA COLUMBO,

                            Plaintiff,

            -against-

GREEN WAX CENTER, INC. d/b/a UNI WAX
STUDIO. et al.,

                            Defendants.
-----------------------------------------------------------------X
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:_____ DATE FILED: 10/26/2020**

**ORDER ADJOURNING TELEPHONE CONFERENCE**

**19-CV-11015 (JMF)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light the Order of Dismissal filed on October 23, 2020 (doc. no 64) the Pre-Settlement Telephone Conference currently scheduled for **November 9, 2020** is hereby adjourned *sine die*.

**SO ORDERED.**

Dated: October 26, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge